

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00023-CV

**IN THE INTEREST OF G.T.**, a Child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2022EM501625
Honorable Marisa Flores, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                 Liza A. Rodriguez, Justice
                 Lori I. Valenzuela, Justice

Delivered and Filed: April 3, 2024

DISMISSED FOR LACK OF JURISDICTION

On January 8, 2024, appellant filed a notice of appeal seeking to challenge an interlocutory order. "Appellate courts have jurisdiction to consider immediate appeals of interlocutory orders only if a statute explicitly provides appellate jurisdiction." *Stary v. DeBord*, 967 S.W.2d 352, 352-53 (Tex. 1998). Because no statute explicitly authorizes an appeal from the interlocutory order in question—an order denying a motion to vacate an order confirming child support arrearage—we ordered appellant to show cause in writing why we have jurisdiction over this appeal. Appellant filed a response, but it fails to establish our jurisdiction over this appeal. Accordingly, this appeal is dismissed for lack of jurisdiction.

PER CURIAM